LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas

Attorney for Defendant, Durell Melchor

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DURELL MELCHOR,<br><br>Defendant. | Case No. 2:20-cr-00142-GMN-EJY-1<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>(FIRST REQUEST) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** defendant, DURELL MELCHOR by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and plaintiff, UNITED STATES OF AMERICA, by and through Nicholas A. Trutanich, United States Attorney and Brett Ruff, Assistant United States Attorney, that the Change of Plea Hearing scheduled for March 24, 2021 at 11:00 a.m. be vacated and set for April 21, 2021 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Due to unforeseen circumstances, defense counsel has a schedule conflict and respectfully requests the Change of Plea hearing be reset.
2. Defense counsel and counsel for the government agree to the continuance.
3. Defendant Melchor is in custody and agrees to a continuance.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED this 22nd day of March, 2021.

Respectfully Submitted,

/s/ Lance Hendron
Lance J. Hendron, Esq.
Counsel for defendant Durell Melchor

/s/ Brett Ruff
Nicholas Trutanich,
United States Attorney
Brett Ruff,
Assistant United States Attorney

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 710-5555 • FAX (702) 718-5555

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas

Attorney for Defendant, Durell Melchor

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:20-cr-00142-GMN-EJY-1 |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| vs. | |
| **DURELL MELCHOR** | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Due to an unforeseen circumstances, defense counsel has a schedule conflict and respectfully requests the Change of Plea hearing be reset.

2. Defense counsel and counsel for the government agree to the continuance.

3. Defendant Melchor is in custody and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, united States Code, Section 3161(h)(7)(B)(i), (iv).

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when considering the factors under Title 18, Unites States Code, § 3161 (h)(7) (B)(i), (iv).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**ORDER**

**IT IS HEREBY ORDERED** that the Change of Plea Hearing in this matter scheduled for March 24, 2021 at the hour of 11:00 a.m., be vacated and continued to the 21st day of April, 2021, at the hour of 9:00 a.m.

DATED this 22 day of March, 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 710-5555 • FAX (702) 718-5555