```
                                          ✔ FILED              RECEIVED
                                          ____ENTERED          SERVED ON
                                                     COUNSEL/PARTIES OF RECORD

                                              JUL 2 1 2021

                                          CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                     BY:_____DEPUTY
```

1

2

3

4

5

6                **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
7

8   UNITED STATES OF AMERICA,              2:20-CR-142-GMN-EJY

9              Plaintiff,                  **Amended Preliminary Order of Forfeiture**

10         v.

11  DURRELL MELCHOR,

12             Defendant.

13         This Court finds Durrell Melchor pled guilty to Counts One through Four of a Five-

14  Count Criminal Indictment charging him in Count One with dealing in firearms without a

15  license in violation of 18 U.S.C. § 922(a)(1)(A); in Counts Two and Three with felon in

16  possession of a firearm in violation of 18 U.S.C. § 922(g)(1); and in Count Four with

17  conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and

18  846. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 65; Plea Agreement, ECF

19  No. 66.

20         This Court finds Durrell Melchor agreed to the forfeiture of the property set forth in

21  the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal

22  Indictment, ECF No. 1; Change of Plea, ECF No. 65; Plea Agreement, ECF No. 66.

23         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United

24  States of America has shown the requisite nexus between property set forth in the Plea

25  Agreement and the Forfeiture Allegations of the Criminal Indictment and Counts One

26  through Three, to which Durrell Melchor pled guilty.

27         The following property is (1) any firearm or ammunition involved in or used in any

28  willful violation of 18 U.S.C. § 922(a)(1)(A) or (2) any firearm or ammunition involved in or

used in any knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. a Ruger model LC9s 9mm semi-automatic pistol bearing serial number 329-83943;

2. a Ruger model LC9 9mm semi-automatic pistol bearing serial number 325-80311;

3. a Keltec model P32 .32 Auto caliber semi-automatic pistol bearing serial number 31243; and

4. any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Durrell Melchor in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2). In the alternative, if the value of the property is less than $1,000,

2

1  the government may instead serve every person reasonably identified as a potential claimant

2  in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp.

3  Rule G(4)(a)(i)(A).

4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

5  or entity who claims an interest in the aforementioned property must file a petition for a

6  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

7  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

8  853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

9  right, title, or interest in the forfeited property and any additional facts supporting the

10 petitioner's petition and the relief sought.

11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

12 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

13 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

14 not sent, no later than sixty (60) days after the first day of the publication on the official

15 internet government forfeiture site, www.forfeiture.gov.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

17 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

18 Attorney's Office at the following address at the time of filing:

19              Daniel D. Hollingsworth
               Assistant United States Attorney
20             James A. Blum
               Assistant United States Attorney
21             501 Las Vegas Boulevard South, Suite 1100
               Las Vegas, Nevada 89101.
22

23     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

24 described herein need not be published in the event a Declaration of Forfeiture is issued by

25 the appropriate agency following publication of notice of seizure and intent to

26 administratively forfeit the above-described property.

27 / / /

28 / / /

3

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

2  copies of this Order to all counsel of record.

3    DATED _July 21_____, 2021.

4

5

6                                   GLORIA M. NAVARRO
                                    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4