# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-142-GMN-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DURRELL MELCHOR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Durrell Melchor to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Durrell Melchor pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 65; Plea Agreement, ECF No. 66; Preliminary Order of Forfeiture, ECF No. 67; Amended Preliminary Order of Forfeiture, ECF No. 77.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government served every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

This Court finds the United States notified known third parties by personal service of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 75.

On July 8, 2021, the Bureau of Alcohol, Tobacco, Firearms, and Explosives personally served Rolla Gene Manning, III, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 75-1, p. 2-6, 12-16.

On July 8, 2021, the Bureau of Alcohol, Tobacco, Firearms, and Explosives personally served Nicole Denise Manning with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service Exhibits, ECF No. 75-1, p 7-10, 12-16.

On August 20, 2021, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Rolla Gene Manning, III, and Order, ECF No. 79.

On August 25, 2021, the Court entered the Stipulation for Entry of Order of Forfeiture as to Rolla Gene Manning, III, ECF No. 80.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Ruger model LC9s 9mm semi-automatic pistol bearing serial number 329-83943;
2. a Ruger model LC9 9mm semi-automatic pistol bearing serial number 325-80311;

3. a Keltec model P32 .32 Auto caliber semi-automatic pistol bearing serial number 31243; and

4. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law and the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this  2  day of September, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court