RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Durell Melchor

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00142-GMN-EJY-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| v. | |
| DURELL MELCHOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Durell Melchor, that the Revocation Hearing currently scheduled on November 2, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Melchor has a Nevada state case pending that is pertinent to the allegations in the Petition, so the parties request a continuance to ascertain resolution of that matter.

2.      Defense counsel needs additional time to investigate the allegations in the Petition and discuss the same with Mr. Melchor.

3.      Mr. Melchor is out of custody and does not oppose the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 31st day of October, 2022.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney


By */s/ Jacquelyn N. Witt*                   By */s/ Melanee Smith*
JACQUELYN N. WITT                           MELANEE SMITH
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

      v.

DURELL MELCHOR,

         Defendant.

Case No. 2:20-cr-00142-GMN-EJY-1

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 2, 2022 at 11:00 a.m., be vacated and continued to February 8, 2023 at the hour of 10:00 a.m.

    DATED this 1 day of November, 2022.

                        _____

                        UNITED STATES DISTRICT JUDGE

3